# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** :

v. : CRIMINAL NO. 3:CR-21-143

**JEREMY EDWARD JOHNSON,** : (JUDGE MANNION)
**and SUSUN MELISSA NICKAS,**
:
**Defendants**

# ORDER

Based on the court's Memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. Defendant Nickas' motion to sever her trial from her co-defendant Johnson's trial, **(Doc. 77)**, is **DENIED**.

2. Defendant Johnson's motion to sever his trial from his co-defendant Nickas' trial, **(Doc. 95)**, is **DENIED**.

3. Both defendants will be tried jointly commencing on July 25, 2022.

4. The government is directed to give defendants advance notice, by **July 15, 2022**, of any statements that either defendant made to law enforcement authorities which the government intends to introduce into evidence in its case-in-chief which names or mentions her/his co-defendant, and to provide a copy of that statement(s) to counsel

for the non-declarant defendant along with a proposal for the redaction of the statement(s) in order to alleviate any potential Bruton issues. The defendants shall have until **July 20, 2022**, to submit, in writing, any objections they have to the redacted statement(s) of her/his co-defendant which implicates them that the government will seek to introduce at trial. The court will then resolve any issues prior to the admission of any such statement(s) at trial in order to ensure that any statement(s) falls within the requirements of Bruton.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: July 8, 2022**
21-143-02-Order