# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | :     **CRIMINAL NO. 3:21-CR-143** |
| v. | :     **(JUDGE MANNION)** |
| **JEREMY EDWARD JOHNSON,** | : |
| Defendant. | : |

## ORDER

In light of the memorandum issued on this same day, **IT IS HEREBY ORDERED THAT** the Defendant's motion for judgment of acquittal, or, in the alternative, for a new trial, **(Doc. 169)**, is **DENIED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: December 13, 2022**
21-143-08 Order